# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:19CR337 |
| vs. | ) | |
| | ) | ORDER |
| JASON ALAN FREE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter came before the court on the government's unopposed Motion to Continue Trial [22]. Counsel for the government has two cases previously scheduled for trial on January 28, 2020, and would unable to adequately prepare for trial in this matter. Good cause having been shown as stated in the motion, the motion shall be granted, and the trial shall be continued.

**IT IS ORDERED** that the motion to continue trial is granted, as follows:

1. The jury trial, now set for January 28, 2020, is continued to **March 3, 2020.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and March 3, 2020**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. A party may object to this order by filing an "Objection to Magistrate Judge's Order" no later than **January 22, 2020.** The objecting party must comply with all requirements of NECrimR 59.2.

**DATED January 15, 2020.**

                                                     **BY THE COURT:**
                                                   **s/ Michael D. Nelson**
                                                   **United States Magistrate Judge**