# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:19cr337 |
| vs. | ) | |
| JASON ALAN FREE | ) | ORDER |
| Defendant. | ) | |

This matter is before the court on the Defendant's Motion to Continue Trial [32]. The government filed a brief in response opposing a continuance [34]. Defendant was arraigned on the Superseding Indictment [24] on February 7, 2020. Discovery is ongoing and the pretrial motion deadline set forth in the Order for Progression of a Criminal Case [31] has not expired. Upon full consideration of the parties' positions, the court finds good cause has been shown and the motion should be granted. Accordingly,

**IT IS ORDERED** that the Defendant's Motion to Continue Trial [32] is granted, as follows:

1. The jury trial, now set for March 3, 2020, is continued to **May 12, 2020.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and May 12, 2020**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. A party may object to this order by filing an "Objection to Magistrate Judge's Order" no later than February 28, 2020. The objecting party must comply with all requirements of NECrimR 59.2.

**DATED: February 25, 2020.**

BY THE COURT:

s/ Michael D. Nelson
**United States Magistrate Judge**