IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

IN RE: CONTINUANCES DUE TO
NOVEL CORONAVIRUS AND COVID-
19 DISEASE EXTENDED THROUGH
JUNE 1, 2020.

GENERAL ORDER NO. 2020-08

Given the ongoing local and national emergency occasioned by the worldwide COVID-19 pandemic, and after consultation with the United States Attorney and the Federal Public Defender for the District of Nebraska,

IT IS ORDERED:

1.  The continuances implemented by General Order 2020-04 and General Order 2020-05 are extended to include all proceedings set to begin on or before June 1, 2020.

2.  For the reasons stated in General Order 2020-04 and General Order 2020-05, the delays in progression of criminal cases occasioned by the continuances implemented by this General Order are excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iii). The failure of any defendant to object to this General Order will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

3.  Due to the unavailability of a grand jury in this District, the 30-day time period for filing an indictment or information is tolled as to any defendant during the time period of the continuances occasioned by General Order 2020-04, General Order 2020-06, and this General Order, pursuant to 18 U.S.C. § 3161(b).

4.      Case-by-case exceptions to the continuances extended by this General Order may be ordered for <u>non-jury proceedings</u> at the discretion of the Court, upon motion from the parties or on the Court's own motion after consultation with counsel. The provisions of General Order 2020-03 shall remain in effect for such proceedings.

5.      The Court will vacate, extend, or amend this General Order no later than June 1, 2020.

Dated this 14th day of April, 2020.

BY THE COURT:

John M. Gerrard
Chief United States District Judge