IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:19cr337 |
| Plaintiff, | ) | **ORDER TO DESTROY** |
| vs. | ) | |
| JASON ALAN FREE, | ) | |
| Defendant. | ) | |

Counsel for the plaintiff notified the court on June 14, 2022, that counsel wishes the following exhibits held by the court in this matter to be destroyed.

Plaintiff's Exhibit 1 from Motion to Suppress Hearing held 6/25/2020

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above-listed exhibits 14 days from the date of this order.

IT IS SO ORDERED.

DATED: June 14, 2022

BY THE COURT

s/ Joseph F. Bataillon
Senior United States District Judge

111 South 18th Plaza, Suite 1152, Omaha, NE 68102-1322

Omaha: (402) 661-7350    Fax: (402) 661-7387    Toll Free: (866) 220-4381
Lincoln: (402) 437-1900    Fax: (402) 437-1911    Toll Free: (866) 220-4379